# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CIVIL ACTION NO. 1:19-CV-274 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **TONY R. HOCKENBERRY,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 30th day of September, 2019, upon consideration of the motion (Doc. 13) to discontinue and end filed by the United States of America, wherein the United States indicates that the above-captioned foreclosure action "has been resolved," and the court construing the motion as a motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby ORDERED that the United States' motion (Doc. 13) is GRANTED and the above-captioned action against defendant Tony R. Hockenberry is DISMISSED without prejudice.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania